1  JOHN R. HABASHY, ESQ.  (SBN 236708)
   john@lexiconlaw.com
2  TIFFANY N. BUDA, ESQ. (SBN 232679)
3  tiffany@lexiconlaw.com
   LEXICON LAW, PC
4  633 W. 5th Street, 28th Floor
   Los Angeles, CA  90071
5  Telephone:  (213) 223-5900
6  Facsimile:  (888) 373-2107

7  *[Additional Counsel listed on subsequent page]*

8  Counsel for Plaintiffs David Abitbol and
   Orlene Nosek and the Putative Class
9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12                            **WESTERN DIVISION**
13

14

15 | DAVID ABITBOL, et al., | Case No. 2:20-cv-06660-FMO-E |
16 |                Plaintiffs, | |
17 |         v. | **NOTICE OF SETTLEMENT** |
18 | NEXXT, INC.,   et al., | **CLASS ACTION** |
19 |                Defendants. | Judge: Honorable Fernando M. Olguin |
20 | | Ctrm:  6D |
21 | | Action Filed:   July 24, 2020 |
22

23  ____
24  ///
25  ///
26  ///
27  ///
28  ///

                                1
             NOTICE OF SETTLEMENT, 2:20-cv-06660-FMO-E

**Additional Counsel for Plaintiffs and the Putative Class:**
Daniel A. Edelman, Esq. (IL #00712094)
Admitted Pro Hac Vice
courtecl@edcombs.com
Cathleen M. Combs, Esq. (IL #00472840)
Admitted Pro Hac Vice
ccombs@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

**TO THE UNITED STATED DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** pursuant to Central District Local Rules 16-15.7 and 40-2, Plaintiffs David Abitbol and Orlene Nosek (collectively, "Plaintiffs") and Defendant Nexxt, Inc. ("Nexxt") have reached a settlement resolving the entire above-captioned case. Pending the occurrence of certain conditions precedent, the Parties expect to file a notice of dismissal of this case with the Court by no later than April 1, 2021, and respectfully request that the Court stay all pending deadlines.

Respectfully submitted,

Dated: March 3, 2021   **EDELMAN COMBS LATTURNER AND GOODWIN LLC**

By: */s/ Daniel A. Edelman*
    Daniel A. Edelman

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Daniel A. Edelman, Esq. |
| 3 | | (IL #00712094) |
|   | | courtecl@edcombs.com |
| 4 | | Cathleen M. Combs, Esq. |
|   | | (IL #00472840) |
| 5 | | ccombs@edcombs.com |
| 6 | | 20 South Clark Street, Suite 1500 |
|   | | Chicago, IL 60603 |
| 7 | | Telephone: (312) 739-4200 |
| 8 | | Facsimile: (312) 419-0379 |
| 9 | | John R. Habashy, Esq. (SBN 236708) |
| 10 | | john@lexiconlaw.com |
|   | | Tiffany N. Buda, Esq. (SBN 232679) |
| 11 | | tiffany@lexiconlaw.com |
| 12 | | LEXICON LAW, PC |
|   | | 633 W. 5th Street, 28th Floor |
| 13 | | Los Angeles, CA 90071 |
| 14 | | Telephone: (213) 223-5900 |
|   | | Facsimile: (888) 373-2107 |
| 15 | | *Counsel for Plaintiffs* |
| 16 | | |
| 17 | Dated: March 3, 2021 | **HOLLAND & KNIGHT LLP** |
|   | | By: /s/ *Raymond Y. Kim* |
| 18 | | Abraham J. Colman (SBN 146933) |
| 19 | | Abe.colman@hklaw.com |
|   | | Raymond Y. Kim (SBN 251210) |
| 20 | | Raymond.kim@hklaw.com |
| 21 | | 400 South Hope Street, 8th Floor |
|   | | Los Angeles, CA 90071 |
| 22 | | Telephone: 213.896.2400 |
|   | | Fax:          213.896.2450 |
| 23 | | *Counsel for Defendant Nexxt, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

In accordance with L.R. 5-4.3.4, I, Daniel A. Edelman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2021.

*/s/ Daniel A. Edelman*
Daniel A. Edelman