JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID ABITBOL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NEXXT, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-06660-FMO-E<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**CLASS ACTION**<br><br>Judge: Honorable Fernando M. Olguin<br>Ctrm: 6D<br><br>Action Filed: July 24, 2020 |

　　　Having reviewed the Parties' Stipulation to Dismiss ("Stipulation"), and having considered the contents therein, the Court GRANTS the Parties' request and hereby ORDERS that this entire action is dismissed as follows:

　　　1.　Plaintiffs' individual claims against Nexxt are dismissed with prejudice; and

　　　2.　Plaintiffs' claims brought on behalf of the putative class are dismissed without prejudice; and

　　　3.　Plaintiffs' claims against Defendant Does 1-10 are dismissed without prejudice; and

4. Each party is to bear its own fees and costs.

**IT IS SO ORDERED**.

DATE: March 17, 2021           _____/s/_____
                                Honorable Fernando M. Olguin
                                UNITED STATES DISTRICT JUDGE